

**FILED**
8/4/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**
JUN 0 6 2016 AB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Mike D Russell

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

1:16-cv-5950
Judge John W. Darrah
Magistrate Judge Jeffrey Cole
PC9

Kitchen Superviser Bruce John Doe
Cook John Doe
Cook John Doe
Cook John Doe
Cook John Doe

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS") ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Mike D Russell

B. List all aliases: ___

C. Prisoner identification number: Y12138

D. Place of present confinement: Mount Sterling prison (WICC)

E. Address: 2500 Route 99 South, Mt Sterling IL 62353

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Bruce John Doe

Title: Kitchen Supervisor

Place of Employment: Cook County Department of Corr. Central Kitchen 2600 S California, Chi IL 60608

B. Defendant: John Doe

Title: Cook

Place of Employment: Central Kitchen 2600 S California, Chicago IL 60608

C. Defendant: John Doe

Title: Cook

Place of Employment: Central Kitchen 2600 S California, Chi IL 60608

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

D). Defendant: John Doe
Title: Cook.
Place of Employment: 2600 S. California, Ch, IL 60608 (Central Kitchen)

E). Defendant: John Doe
Title: Cook.
Place of Employment: 2600 S California, Ch, IL 60608 (Central Kitchen.)

A) Name of Case (Russell v County of Kankakee et. al, Timothy Bukowski # 13 cv 2005

B) Approximate Date of Filing Lawsuit - (1/11/13

C) List of All Plaintiffs - Co-plaintiffs (None)

D) List of Defendants (Timothy F Bukowski, Lt Smith)

E) Court in which Lawsuit was Filed in (Central District)

F) Name of Judge - (I Dont Remember)

G) Claim made (Deliberat Indifference)

H) Disposition of case (not Guilty verdict in trial)

I) Approximate Date of Disposition (I Dont Remember)

A) Name of case (Russell v the County of Cook et al,) case # No. 11 CV 7694

B) approximate Date of filing lawsuit Oct 29 2011 if I'm not mistaking

C) List of all plaintiffs. co-plaintiffs if any (none)

D) List of Defendants- (Supt Moreci, Capt Julian, and C/O Thomas)

E) Court lawsuit was filed in (Northern District)

F) Name of Judge (John Darrah)

G) Claim made (Deliberate Indifference)

H) Disposition of case (Settled)

I) Date of approximate Disposition (Feb/Mar of 2014. I think

A) Name of Case (Rosenthal Specifically Kerkee at el, Case No. 13 CV 2268

B) Approximate Date of Filing Lawsuit (Dont Know)

C) List plaintiffs - Co-plaintiffs (none)

D) List of Defendants (I Dont Remember all the names of all the Defendants. so Im going to list the names of all the ones I think I Remember (Michael Downey, Chad Kolitwenzew, Classification officer Stevenson, Hanson, Krumwiede, Sgt Todd, Corp Bright, C/o Hughs

E) Court Lawsuit was filed in (central District)

F) Name of Judge (James E Shandid)

G) Claim made (If Im not mistaking access to the Court

H) Disposition of case (Dismissed)

I) Approximate Date of Disposition (Around Feb/Mar of 2014)

A) Name of case (Mike D Russell v The county of Cook et al, Case # 14 cv 4683

B) Approximate Date of filing lawsuit (Dont know)

C) List of plaintiffs-co-plaintiffs (none)

D) List of Defendants (I Dont Remember All the names of All the Defendants. So I'm going to list the names of the ones I Do. (Commander Hicks, Supt Arce

E) Court lawsuit was filed in (Northern District)

F) Name of Judge case was assign'd to (John Darrah)

G) Claim made - Deliberate Indifference

H) Disposition of Case (Case was Dismissed) And is in the Court of Appeals

I) Approximate Date of Disposition (Sept 5 2015)

The Jurisdiction of this Court is Invoked pursuant to the Civil Right act 42 U.S.C Section 1983 and 1988; 28 U.S.C Section 1331 and 1343(3); And the Constitution of the United States an Supplemental Jurisdiction under U.S.C Section 1367.

Individual and Official Capacity

## Parties — Color of Law

2) Plaintiff Mike D Russell is A Black male Residence of Illinois and a Citizen of the United States. Mike Russell was a pretrial Detainee Awaiting trial the Cook County Department of Corrections.

3) Cook County Department of Correction Eployees Kitchen Supervisor Bruce John Doe, Cook John Doe, Cook John Doe, Cook John Doe Cook John Doe who Are all employed by the Sheriff of Cook County At Cook County Department of Corrections for the Central Kitchen. Bruce John Doe A Supervisor where at All times Material to this Complaint. Acting within the Scope his Employment and under the Color Law is being Sued Individually, Jointly and Serverally as well As his official Capacity. Cook John Doe, Cook John Doe, Cook John Doe, Cook John Doe where at all times material to this Complaint acting within the Scope of thier Employment and under the Color of Law is Being Sued individually Jointly and Severally as well as in thier official Capacity

## FACTS

1) Mike Russell who was at the time of this Deprivation of his constitutional rights Violation was then a pre-trial detainee awaiting trial when he was placed on a no soy Diet becuz he was having Allergic complication with soy he was consuming that was in his food

2) The plaintiff Breakfast trays Lunch & Dinner trays All came wrapp'd in Saran wrap'd Styrofoam trays w/ his Name and prison Identification number on it.

3) Despite Defendant Supervisors and cooks John Does knowing the plaintiff was'nt suppose to be serve'd food w/ soy in it this Supervisor Bruce John Doe the cooks supervisor and the cooks continue to showed Allow the plaintiff to be serve'd food w/ soy in it

4) The plaintiff Filed several Grievance's about this problem at which Bruce John Doe Respond'd to unhappy.

5) So After Bruce John Doe became fed up and angry to the point of no Return he came and seen the plaintiff where the plaintiff was house'd on tier 1E while in the company of a white shirt which is

when the Plaintiff and Defendent Bruce John Doe pass'd unpleasant words after kitchen supervisor became anger'd w/ the plaintiff and began to taunt him for the grievance's he file'd in a nasty and unpleasant tone.

6) at some time later on or around the date of August 6, 2014 the plaintiff Recieve'd his dinner tray while he was in cell.

7) The plaintiffs Dinner tray Come as usually wrap'd in a Styrofoam tray with seran wrap. when the plaintiff open'd his tray'd he instantly dug in it to eat and felt sum usual so he pick'd around his food and descover'd a dead scavenger baby bird. in his food w/ maggots coming out of the bird mouth

8) This Dead baby was put in plaintiff food Deliberately by Defendants to cause the plaintiff harm for the plaintiff constantly filing grievance's on them in Retaliation.

9) on numerous times my food was serve'd w/ bugs in it with Roaches & Bugs in Retaliation from these Defendants. Multipul grevance and incidents was place in. Attach is just

two of the many greviance I put in as proof these Defendants was playing w/ food after I started filing grivance's about my say tray.

## (Count I) Deliberate Indifference to Conditions of Confinement and Inhumane Conditions of Confinement

(1-9) Plaintiff Mike D Russell Alleges and Realleges para 1-thru 9 as fully set above

10) As a Result of Defendants Employee and Supervisor Deliberately placing A Dead Scavenger Baby bird in Mike Russell food they violated his Eighth admendment when they acted with Deliberate Indifference to a prison condition that Expose him to A Risk of serious unreasonable harm and put Plaintiffs life in Danger when they Deliberately put a Dead baby bird in his food in Retaliation against him because prison are also Required to serve food under clean condition that is nutritious.

11) Cook John Doe Cooks and supervisor Cook Bruce John Doe purposely put A Dead baby bird in the plaintiff food a proximate cause for his pain and Suffering and mental anguish. This act by said Individuals Defendants violated plaintiffs Eight Admendment Constitutional Right to be free from Inhumane conditions of confinements and Deliberate Indifference to Conditions of Confinements this said act by said individuals Defendants Individually violated Plaintiffs Constitutional violations and actions thats did Did Directly and proximately that causes the

Injurys

(Wherefore) Plaintiff Mike D Russell Demands Compensatory Damages against each Defendant Cook and Supervisor Cook Jointly and Severally and Individually and Because the Defendants acted maliciously willfully and/or wantingly Plaintiff Demands punitive Damage's from each Defendant Jointly, Severally and Individually from each defendant plus Cost Attorney Fees and such other Relief as this Court Deems Equitable and Just

Plaintiffs Demands trial. By Jury on all counts Respestfully Submitted

M.A.W. Russell

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff Demands Judgement against all named Defendant as follows: (A) Compensatory Damages plus pain and suffering in the amount of $2,000,000 Dollars (two million Dollars) total for all counts against each Defendant Jointly, Severally and Individually (B) Punitive Damages or exemplary Damages in the amount of $2,000,000 (two million Dollars) for all count against each Defendant Jointly, Severally, and Individually (C) Attorney Fees plus Cost and other Additional Relief(s) as this Court Deem Equitable + Just

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 2 day of June, 2016

Mike Russell
(Signature of plaintiff or plaintiffs)

Mike Russell
(Print name)

Y12138
(I.D. Number)

6553 S Morgan
Chicago IL 60621
(Address)

6

Revised 9/2007

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Aguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso/Respuesta/Forma de Apelación)

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 20144722

### INMATE INFORMATION

INMATE LAST NAME: Russell
INMATE FIRST NAME: Mike
ID Number: 20080040842

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:** 090 Food Service

**IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO:** Supt Support Serv
**DATE REFERRED:** 8/10/14

**RESPONSE BY PERSONNEL HANDLING REFERRAL:** INVESTIGATION OF DETAINEE'S ALLEGATION CONCLUDED THE FOREIGN OBJECT (A DEAD BABY BIRD) ORIGINATED FROM A NEST ON THE BLDG. EXTERIOR PATIO AREA AND WAS MOST LIKELY PLACED ONTO THE FOOD TRAY BY THE GRIEVANT, AND THEREFORE DID NOT COME FROM CENTRAL KITCHEN.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** David Rupper Santana
**DIV./DEPT.:** Support Serv
**DATE:** 8/22/14

**NON-GRIEVANCE (REQUEST) SUBJECT CODE:**
☐ GRIEVANCE SUBJECT CODE: ____
☐ NON-GRIEVANCE SUBJECT CODE: ____

**INMATE SIGNATURE:** Mike Russell
**DATE RESPONSE WAS RECEIVED:** 9/8/14

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 9/8/14

**INMATE'S BASIS FOR AN APPEAL:** I'm appealing my grievance because someone had to deliberately put that dead bird in my tray either accidently or purposely and now the county is trying place the blame on me which is expected from them being as they are

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐  No ☒

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** Response stands

**ADMINISTRATOR/DESIGNEE:** Theresa Urso
**SIGNATURE:** [signed]
**DATE:** 9/16/14

**INMATE SIGNATURE:** Mike Russell
**DATE INMATE RECEIVED APPEAL RESPONSE:** __/__/14

(FCN-48)(NOV 11)  (WHITE COPY – PROGRAM SERVICES)  (YELLOW COPY – C.R.W./PLATOON COUNSELOR)  (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #** 20153179

### INMATE INFORMATION (Información del Preso)

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| Russell | Mike | 20080040842 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
090 - Food Service

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**
Please see attached previous submission.

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO** (Example: Superintendent, Cermak Health services, Personnel):
Support Serv. - Supt

**DATE REFERRED:** 6/23/15

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
Asked and Answered. Nothing Further to Report.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Bruce Kaelber, Sanitarian
**SIGNATURE:**
**DIV. / DEPT.:** Support Services
**DATE:** 6/26/15

*Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.*

**SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):**
**SIGNATURE:**
**DIV. / DEPT.:**
**DATE:** / /

**NON-GRIEVANCE (REQUEST) SUBJECT CODE** (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

**INMATE SIGNATURE** (Firma del Preso): Mike Russell

**DATE RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida): 7/10/15

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud del la apelacion del detenido): 7/10/15

**INMATE'S BASIS FOR AN APPEAL** (Base del detenido para una apelacion):
I'm appealing my grievance becuz prisons are required to serve food under clean condition see Robles v Coughlin 725 F.2d 12 (2d Cir 78) and no roach or rat infestation See Dispirit and Pils v Latsche, 486 F.3d 488 (7th Cir 2006).

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** ¿Apelación del detenido aceptada por el administrador o/su designado(a)?
Yes (Si) ☐    No ☑

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION** (Decision o recomendacion por parte del administrador o / su designado(a)):
Response Stands.

**ADMINISTRATOR / DESIGNEE** (Administrador o / su Designado(a)): Theresa Olson
**SIGNATURE** (Firma del Administrador o / su Designado(a)): Theresa Olson
**DATE (Fecha):** 7/23/15

**INMATE SIGNATURE** (Firma del Preso): Mike Russell

**DATE INMATE RECEIVED APPEAL RESPONSE:**
(Fecha en que el Preso recibio respuesta a su apelacion): 7/28/15

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE