**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MIKE D. RUSSELL**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 5950 |
| | ) | |
| **KITCHEN SUPERVISOR BRUCE** | ) | |
| **JOHN DOE**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Prisoner plaintiff Mike Russell ("Russell") has filed a hand-printed letter addressed to this Court (Dkt. No. 38) in which he complains that attorney Alan Martin, who had been designated to act as Russell's counsel under this District Court's trial bar program, had not communicated with Russell since his May 24 designation. Because Russell's letter does not reflect the transmittal of a copy to attorney Martin, it constitutes an impermissible ex parte communication. Accordingly:

1.    In addition to sending a copy of this memorandum order to Russell, this Court is contemporaneously transmitting copies of Russell's letter and this memorandum order to attorney Martin.

2.    It is expected that attorney Martin will communicate with Russell promptly and carry forward the designated representation in the regular course.

Milton I. Shadur
Senior United States District Judge

Date:  August 1, 2017